Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Christopher B. McKinley (SBN 306087)
christopher.mckinley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Attorneys for Plaintiff
FOX FACTORY, INC.

Erick C. Howard (SBN 214107)
ehoward@sflaw.com
SHARTSIS FRIESE LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone:     (415) 421-6500
Facsimile:      (415) 421-2922

Richard B. Walsh, Jr., *pro hac vice*
rwalsh@lewisrice.com
Michael J. Hickey, *pro hac vice*
mhickey@lewisrice.com
Sara A. Milunski, *pro hac vice*
smilunski@lewisrice.com
LEWIS RICE LLC
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
Telephone:     (314) 444-7600
Facsimile:      (314) 241-6056

Attorneys for Defendant
SRAM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOX FACTORY, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SRAM, LLC,<br><br>　　　　　Defendant. | RELATED CASE NOS.<br>3:16-cv-00506-WHO AND<br>5:16-cv-03716-WHO<br><br>**JOINT STIPULATION AND ORDER** |

On July 18, 2016, the Court entered a stipulated Order to relate *FOX Factory, Inc. v. SRAM, LLC,* Case Nos. 3:16-cv-00506-WHO and 5:16-cv-03716-WHA (now -WHO), which contained a stipulated case schedule to synchronize dates in both cases through claim construction.  Dkt. 35 (Case No. 3:16-cv-00506-WHO).  In that stipulation, the parties respectfully suggested that a Case Management Conference be set "in the next few weeks" to schedule further dates for fact discovery, expert discovery, dispositive motions, and trial.  *Id.* at 1.  Although the parties were anticipating a CMC in approximately August 2016, the Court set the next CMC for August 22, 20**17**.[1]  The parties agree that, with the Court's permission, it would be beneficial to convene an earlier CMC in both cases to discuss a mediation schedule and to set dates for fact discovery, expert discovery, dispositive motions, and trial.

Accordingly, the parties HEREBY STIPULATE AND JOINTLY REQUEST that the Court set a CMC on **August 23 or 30, 2016, or September 20, 2016,** when counsel for both parties are available, and that counsel will file a joint case management conference statement at least seven days before the CMC.

---

[1] Lead counsel for Plaintiff FOX Factory intended to request in the stipulation that the conference not be set on Tuesday, August 16, 20**16**, due to a previously scheduled family vacation, but inadvertently referred to August 16, 20**17** instead, which may have been confusing to the Court.

By signature below, counsel for Plaintiff attests the counsel for Defendant concurs in the filing of this document.

| | |
|---|---|
| Dated: July 28, 2016 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | |
| | By: ___*/s/ Robert F. McCauley*___<br>Robert F. McCauley<br>Attorneys for Plaintiff<br>FOX Factory, Inc. |
| | |
| Dated: July 28, 2016 | SHARTSIS FRIESE LLP |
| | |
| | By: ___*/s/ Erick C. Howard*___<br>Erick C. Howard<br>Attorneys for Defendant<br>SRAM, LLC |

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, a Case Management Conference in *FOX Factory, Inc. v. SRAM, LLC* related cases 3:16-cv-00506-WHO and 5:16-cv-03716-WHO will be held before the Honorable William H. Orrick on  8/23/2016  at  2:00 p.m.  in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  Counsel for the parties are ORDERED to file a Joint Case Management Conference Statement at least seven days before the conference.

IT IS SO ORDERED.

Dated: July 29, 2016

The Honorable William H. Orrick
United States District Judge
Northern District of California