| | |
|---|---|
| SHARTSIS FRIESE LLP<br>ERICK C. HOWARD (Bar #214107)<br>ehoward@sflaw.com<br>One Maritime Plaza, Eighteenth Floor<br>San Francisco, CA  94111<br>Telephone: (415) 421-6500<br>Facsimile: (415) 421-2922<br><br>LEWIS RICE LLC<br>Richard B. Walsh, Jr.<br>rwalsh@lewisrice.com<br>Michael J. Hickey<br>mhickey@lewisrice.com<br>Sarah A. Milunski<br>smilunski@lewisrice.com<br>Michael H. Durbin<br>mdurbin@lewisrice.com<br>600 Washington Avenue, Suite 2500<br>St. Louis, MO  63101<br>Telephone: (314) 444-7600<br>Facsimile: (314) 241-6056<br><br>Attorneys for Defendant<br>SRAM, LLC | Robert F. McCauley (Bar #162056)<br>robert.mccauley@finnegan.com<br>Jeffrey D. Smyth (Bar # 280665)<br>jeffrey.smyth@finnegan.com<br>Christopher B. McKinley (Bar #306087)<br>christopher.mckinley@finnegan.com<br>FINNEGAN, HENDERSON,<br>    FARABOW, GARRETT &<br>    DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>Attorneys for Plaintiff<br>FOX FACTORY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX FACTORY, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>SRAM, LLC,<br><br>                    Defendant. | Related Case Nos.<br>3:16-CV-00506-WHO AND<br>3:16-CV-03716-WHO<br><br>**JOINT STIPULATED REQUEST TO AMEND THE CASE SCHEDULE; ORDER** |

To accommodate the schedule of SRAM's counsel, Plaintiff FOX Factory, Inc. ("FOX Factory") and Defendant SRAM, LLC ("SRAM") respectfully stipulate, with the Court's permission, to continue certain dates in the Court's case schedule as provided below.

In response to the Court's recent Order denying the parties' prior proposed amended schedule and directing the parties to further meet and confer (Dkt. 50 in Case 3:16-cv-00506-WHO, at 4), counsel further met and conferred and jointly communicated with Ms. Davis by email regarding scheduling. The net result is that Ms. Davis has advised that the Court is available for tutorial and claim construction hearings on September 22 and 29, 2017, respectively, and these are the first dates offered by the Court that are also available to both parties. To accommodate this proposed change, and mindful of the Court's requirement that there be at least three months between the dispositive motions hearing date and trial (*id.*), the parties respectfully propose the amended case schedule below.

In view of the proposed continued dates for the tutorial and claim construction hearings, the parties' proposal would extend various dates by generally corresponding amounts, including the dates for the close of fact discovery and the exchange of expert reports. The parties' proposal would allow at least three months between the proposed date for hearings on dispositive motions and the first proposed trial date. In light of the proposed revised schedule, the parties also propose that each party have an additional week to file the opposition and reply claim construction briefs, which briefing would be complete more than three months before the proposed tutorial and claim construction hearing dates.

More specifically, the parties stipulate and respectfully request that the Court modify the following dates in the case schedule as provided below (all other dates in the Court's schedule to remain unchanged):

| Event | Current Date | Proposed New Date |
|---|---|---|
| Deadline to Amend Pleadings | April 21, 2017 | July 21, 2017 |
| FOX Factory Opening Claim Construction Brief | April 27, 2017 | April 27, 2017 (same) |
| SRAM Responsive Brief | May 11, 2017 | May 18, 2017 |
| FOX Factory Reply Briefs | May 18, 2017 | June 1, 2017 |
| Tutorial Hearing | June 2, 2017 | September 22, 2017 |
| Claim Construction Hearing | June 9, 2017 | September 29, 2017 |

- 2 -

| Event | Current Date | Proposed New Date |
|---|---|---|
| Close of Fact Discovery | September 29, 2017 | December 20, 2017 |
| Initial Expert Reports (on issues upon which party bears burden of proof) | October 20, 2017 | January 25, 2018 |
| Rebuttal Expert Reports | November 20, 2017 | February 26, 2018 |
| Motion for Consolidation | November 21, 2017 | January 31, 2018 |
| Close of Expert Discovery | December 22, 2017 | March 30, 2018 |
| Last Day to File Dispositive Motions | January 22, 2018 | April 25, 2018 |
| Dispositive Motions heard by | February 28, 2018 | May 30, 2018 |
| Pretrial Conference | April 30, 2018 | August 16, 2018, subject to the Court's availability |
| Trial | May 29, 2018 and June 25, 2018 | September and October 2018, approximately one month apart and subject to the Court's availability |

Respectfully submitted,

DATED: March 17, 2017        SHARTSIS FRIESE LLP


By:        */s/ Erick C. Howard*
   Erick C. Howard
   Attorneys for Defendant
   SRAM, LLC


DATED: March 17, 2017        FINNEGAN, HENDERSON, FARABOW,
                              GARRETT & DUNNER, LLP


By:        */s/ Jeffrey D. Smyth*
   Jeffrey D. Smyth
   Attorneys for Plaintiff
   FOX Factory, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, except as modified below:

|  | | |
|---|---|---|
| Pretrial Conference | April 30, 2018 | August **13**, 2018 |
| Trial | May 29, 2018 and June 25, 2018 | **September 10, 2018 and November 5, 2018**. |

Dated: March 22, 2017

_____
The Honorable William H. Orrick
United States District Judge
Northern District of California