| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>Erik R. Puknys (SBN 190926)<br>erik.puknys@finnegan.com<br>Jeffrey D. Smyth (SBN 280665)<br>jeffrey.smyth@finnegan.com<br>Christopher B. McKinley (SBN 306087)<br>christopher.mckinley@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>Attorneys for Plaintiff<br>FOX FACTORY, INC. | Erick C. Howard (SBN 214107)<br>ehoward@sflaw.com<br>SHARTSIS FRIESE LLP<br>One Maritime Plaza, Eighteenth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 421-6500<br>Facsimile: (415) 421-2922<br><br>Richard B. Walsh, Jr., *pro hac vice*<br>rwalsh@lewisrice.com<br>Michael J. Hickey, *pro hac vice*<br>mhickey@lewisrice.com<br>Sara A. Milunski, *pro hac vice*<br>smilunski@lewisrice.com<br>LEWIS RICE LLC<br>600 Washington Avenue, Suite 2500<br>St. Louis, MO 63101<br>Telephone: (314) 444-7600<br>Facsimile: (314) 241-6056<br><br>Attorneys for Defendant<br>SRAM, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOX FACTORY, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>SRAM, LLC,<br><br>        Defendant. | RELATED CASE NOS.<br>3:16-cv-00506-WHO AND<br>3:16-cv-03716-WHO<br><br>**JOINT STIPULATION TO AMEND THE DEADLINE FOR SUBMISSION OF FOX FACTORY'S CLAIM CONSTRUCTION REPLY BRIEFS; [PROPOSED] ORDER** |

At the request of FOX Factory's counsel, Plaintiff FOX Factory, Inc. and Defendant SRAM, LLC respectfully stipulate, with the Court's permission, to continue the deadline for the submission of FOX Factory's claim construction reply briefs, as provided below.

FOX Factory requests that the deadline for the submission of its claim construction reply briefs be continued by two weeks, which will have no impact on the scheduled tutorial or claim construction hearings, and which will provide the Court with full briefing on claim construction more than six weeks before the tutorial and claim construction hearing. FOX Factory has requested this modification due to scheduling conflicts that have arisen for FOX's counsel, including a series of client meetings in Europe for other matters and long-planned family vacations, and to facilitate scheduling meetings with FOX Factory's expert. SRAM has agreed to FOX Factory's proposed revised schedule (shown below).

Accordingly, the parties' stipulate and request that the Court modify the dates in the case schedule as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| FOX Factory Reply Briefs | July 27, 2017 | August 10, 2017 |
| Tutorial | September 22, 2017 | September 29, 2017* |
| Claim Construction Hearing | September 29, 2017 | No Change |

*The Court believes that a separate date for tutorial will not be necessary. Counsel may present a brief tutorial beginning at 9:00 a.m. on 9/29/2017 and the proceed with the Claim Construction Hearing.

| | | |
|---|---|---|
| 1 | Dated: July 24, 2017 | Respectfully submitted,<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ *Jeffrey D. Smyth* |
| 5 | |    Jeffrey D. Smyth<br>   Attorneys for Plaintiff<br>   FOX Factory, Inc. |
| 6 | | |
| 7 | Dated: July 24, 2017 | SHARTSIS FRIESE LLP |
| 8 | | |
| 9 | | By: /s/ *Erick C. Howard* |
| 10 | |    Erick C. Howard<br>   Attorneys for Defendant<br>   SRAM, LLC |

## ATTESTATION

Counsel for FOX Factory hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for SRAM.

| | | |
|---|---|---|
| 17 | Dated: July 24, 2017 | FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP |
| 18 | | |
| 19 | | By: /s/ *Jeffrey D. Smyth* |
| 20 | |    Jeffrey D. Smyth<br>   Attorneys for Plaintiff<br>   FOX Factory, Inc. |

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 23, 2017



The Honorable William H. Orrick
United States District Judge
Northern District of California